# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONEEKA SNEED, | : |
|     Plaintiff, | : |
| | : |
| v. | :    Civil No. 5:21-cv-04722-JMG |
| | : |
| PATENAUDE & FELIX APC, | : |
|     Defendant. | : |

## ORDER

**AND NOW,** this 19th day of July, 2022, after consideration of Defendant's Motion to Dismiss (ECF No. 14), Defendant's Motion for Extension of Time (ECF No. 15), and for the reasons provided in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss (ECF No. 14) is **GRANTED** and Plaintiff's Amended Complaint (ECF No. 13) is **DISMISSED WITH PREJUDICE**.

2. Defendant's Motion for Extension of Time (ECF No. 15) is **DENIED as moot**.

3. The Clerk of Court is **DIRECTED** to mark this case as closed.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge